## Salvatore J. Nicotra *v.* Bonnie F. Nicotra
### (10716)

O'Connell, Lavery and Heiman, Js.

Argued February 8—decision released March 2, 1993

*Lisa Faris,* with whom, on the brief, was *Salvatore J. Nicotra,* pro se, the appellant (plaintiff).

*Christine M. Gonillo,* for the appellee (defendant).

Per Curiam. The judgment is affirmed.

## Ruth Ipbach *v.* Michael Ipbach
### (11265)

O'Connell, Foti and Landau, Js.

Argued February 9—decision released March 2, 1993

*Charlotte Croman,* for the appellant (defendant).

*Lisa A. Faccadio,* for the appellee (plaintiff).

Per Curiam. The judgment is affirmed.